IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| EUSTORGIO GUZMAN RESENDEZ ) | |
| ) | CIVIL ACTION NUMBER |
| VS. ) | M-11-172 |
| ) | |
| LORIE DAVIS ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Magistrate Judge's Report and Recommendation regarding Petitioner Eustorgio Guzman Resendez's "Request to Re-Open Petitioner's Habeas Corpus." After having reviewed the said Report and Recommendation, and after appropriate review of Petitioner's objections thereto, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, ORDERED, ADJUDGED and DECREED that the conclusions in United States Magistrate Judge Peter E. Ormsby's Report and Recommendation entered as Docket Entry Number 28 are hereby adopted by this Court.

The Clerk shall send a copy of this Order to Petitioner and counsel for Respondent.

DONE on this 30th day of March, 2018, at McAllen, Texas.

_____
Ricardo H. Hinojosa
U.S. DISTRICT JUDGE